Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:16-cv-06749-LB |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| ARKESH VENTURES, INC., et al., | |
| Defendant. | |

Plaintiff Theresa Brooke and Defendant Big Eddy Ventures, LLC stipulate and agree to dismiss the above action with prejudice as to Defendant Big Eddy Ventures, LLC, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 4th day of May, 2017.

THE STROJNIK FIRM L.L.C.

_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE

RANDICK O'DEA & TOOLIATOS, LLP

_____
Leslie A. Baxter (148195)
Attorneys for Defendant BIG EDDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>ARKESH VENTURES, INC., et al.,<br><br>Defendant. | Case No: 3:16-cv-06749-LB<br><br>[PROPOSED] ORDER |

Upon Stipulation and good cause shown,

IT IS HEREBY ORDERED dismissing the above action as to Defendant Big Eddy Ventures, LLC with prejudice. Each party shall bear its/her own costs and attorneys' fees.

DATED this __30__ day of May, 2017.

_____
Judge of the U.S. District Court